

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

SEBASTIAN GIRALDO

Case No. 2:26mj3
Court Date: March 5, 2026

CRIMINAL INFORMATION

COUNT ONE

Misdemeanor - Violation Notice E1188244

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 11, 2025, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, SEBASTIAN GIRALDO, did willfully violate a defense property security regulation: Chief of Naval Operations Instruction 5530.14E, to wit: Transporting and introducing a firearm or other dangerous weapon onboard a United States Navy installation without proper authorization.

(In violation of Title 50, United States Code, Section 797 and Chief of Naval Operations Instruction 5530.14E.)

COUNT TWO
Misdemeanor - Violation Notice E1188245

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 11, 2025, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia in the Eastern District of Virginia, the defendant, SEBASTIAN GIRALDO, did knowingly possess or cause to be present a firearm or other dangerous weapon in a federal facility.

(In violation of Title 18, United States Code, Section 930.)

Respectfully submitted,

Lindsey Halligan
United States Attorney and Special
Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney

By: _____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: ashley.young@usdoj.gov


## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: ashley.young@usdoj.gov


5 January 2026
_____
Date