# FEDERAL PUBLIC DEFENDER

EASTERN DISTRICT OF VIRGINIA
500 E. MAIN STREET, SUITE 500
NORFOLK, VIRGINIA 23510
TEL: (757) 457-0845
FAX: (757) 457-0880
Email: sean_mitchelll@fd.org

Geremy C. Kamens
Federal Public Defender

Sean C. Mitchell
Assistant Federal Public Defender

April 1, 2026

FILED VIA CM/ECF
Honorable Lawrence Leonard
United States Magistrate Judge
United States District Court
600 Granby Street
Norfolk, Virginia 23510

> RE: United States v. Sebastian Giraldo
> Case No. 2:26-mj-3
> Guilty Plea Hearing: April 2, 2026 at 9:00 a.m.

Your Honor:

Enclosed please find a letter written in support of Mr. Giraldo. A copy has been provided to the United States, as well.

Thank you.

Respectfully,

Sean C. Mitchell

cc – SAUSA Taryn Meeks (email)