

DEFENDANT'S
EXHIBIT
tabbies'
1

FROM: LTJG VASYL M. BILOKONSKY                                          25 MARCH 2026
TO:      MAGISTRATE OF THE FEDERAL COURT

SUBJ:   STATEMENT ON BEHALF OF BOATSWAIN'S MATE THIRD CLASS SEBASTIAN GIRALDO

1. I have been BM3 Giraldo's Divisional Officer since my arrival onboard the USS Eisenhower in April of 2023. I have directly observed his conduct under diverse circumstances to include during phases of EISENHOWER being in an industrial environment for extended repairs, and over the course of extended at-sea operations. I have directly observed him during combat operations and in the line of fire.

2. BM3 Giraldo has never conducted himself less than with the most pristine sense of duty. His conduct is universally honorable. His communication is always sincere and he has never shied from responsibility. At times of strain, his performance hardens and he presents an example of coolness under pressure. He has never presented us with substantial disciplinary problems until the current matter.

3. I have comprehensive understanding of the matter at hand and I wish to submit the following facts for consideration:

   a. BM3 Giraldo never attempted to deny, conceal, or misrepresent his actions through the course of initial infraction and through investigation and non-judicial punishment. He took full accountability and at no time gave the impression to be withholding a grain of truth in confession.

   b. We felt that we had to deal with his infraction as a disciplinary matter, which necessitated disciplinary hearings before a board of senior enlisted, the Executive Officer, and finally the Captain. BM3 was awarded non-judicial punishment in the form of being placed on restriction on the ship, and was assigned extra duty.

   c. At no point in the proceedings did the conversation deviate from all parties speaking highly of BM3's demeanor and accountability and performance to date, yet how poor this singular decision was.

4. Though the UCMJ acts as a separate sovereign with distinct needs of vindication from the federal court, I suggest, should the Court see fit to offer it consideration, that the primary need for vindication in both courts is to assign culpability, punitive consequence to dissuade future would-be perpetrators, and to impose upon the perpetrator a sincere reflection and determination to become a better citizen or Sailor. I would ask the court therefore to offer their discretionary leniency in sentencing.

5. Though I cannot speak directly for the command at large, I assess with high confidence that the substance of this statement reflects the position of BM3's chain of command.

Very Respectfully,

LTJG Vasyl M Bilokonsky
Division Officer USS DWIGHT D EISENHOWER

I am available for any questions